# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SHARON DUMAS**                                                              **PLAINTIFF**

v.                              No. 4:12-cv-206-DPM

**KROGER LIMITED PARTNERSHIP I,**
**d/b/a Kroger**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the parties' stipulation, № 25, the complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2013