IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON DUMAS                                                                    PLAINTIFF

v.                              No. 4:12-cv-206-DPM

KROGER LIMITED PARTNERSHIP I,
d/b/a Kroger                                                                    DEFENDANT

## JUDGMENT

Pursuant to the parties' stipulation, № 25, the complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2013